IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE STOKES,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>J. COSTELLO,<br><br>　　　　　　　　　　Defendant. | Case No. 2:24-cv-2413 CSK P<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF THE POST-SCREENING EARLY ADR<br><br>Judge:　　Honorable Chi Soo Kim<br>Trial Date:　Not Set.<br>Action Filed: September 5, 2024 |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. On February 10, 2025, defendant filed a motion to opt out of the referral to the Court's Post-Screening Early ADR ("Alternative Dispute Resolution"). (ECF No. 16.) After reviewing defendant's request, and good cause appearing, defendant's motion is granted. Defendant shall file a responsive pleading within thirty days from the date of this order.

　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Defendant's motion to opt out (ECF No. 16) is granted.

　　　2. The Court's stay of this action (ECF No. 15) is lifted.

///

///

3. Within thirty days from the filing of this order, defendant shall file a response to the complaint.

Dated: February 18, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/stok2413.opt