UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE STOKES,<br><br>            Plaintiff,<br><br>      v.<br><br>SGT. COSTELLO,<br><br>            Defendants. | No.  2:24-cv-2413 CSK P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  On May 15, 2025, plaintiff filed a document styled, "Discovery Motion."  (ECF No. 23.)  Plaintiff seeks various video footage.  (Id.)  As discussed below, plaintiff's motion is denied.

Plaintiff was previously informed about how to propound discovery requests.  (ECF No. 22 at 4.)  In the April 24, 2025 order, plaintiff was advised of the following:

> On March 21, 2025, the Court issued the Discovery and Scheduling Order which informed plaintiff that discovery requests shall not be filed with the court except when required by Local Rules 250.1, 250.2, 250.3 and 250.4. (ECF No. 19 at 5.)  The parties were "cautioned that filing discovery requests with the court except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that the action be dismissed." (Id.; see also Fed. R. Civ. P. 41(b).)  In addition, the parties were advised:

> If disputes arise about the parties' obligations to respond to requests for discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil Procedure and Rules 134, 135, 130, 131, 110, 142, and 230(l) of the Local Rules of Practice for the United States District Court, Eastern District of California; unless otherwise ordered, Local Rule 251 shall not apply. Filing of a discovery motion that does not comply with all applicable rules may result in imposition of sanctions, including but not limited to denial of the motion.
>
> (ECF No. 19 at 5.)  Plaintiff was required to submit requests for discovery to counsel for defendant, and only file a motion for discovery with the Court if plaintiff was dissatisfied with a particular response.  (Id.)
>
> Therefore, plaintiff should not file with the court discovery requests, which must be served on the opposing party, and should not file with the court discovery responses.  If plaintiff contemplates re-filing with the court a request for video footage, this should occur <u>after</u> he has served his discovery request on the opposing party for video footage, plaintiff is dissatisfied with the response, and plaintiff seeks relief from the Court pursuant to the Federal Rules of Civil Procedure.  (Id.)

(ECF No. 22 at 4.)  Plaintiff was specifically instructed that "he must first seek this video footage through <u>discovery propounded to defendant</u>.  See Fed. R. Civ. P. 34."  (Id. at 3 (emphasis added).)

Plaintiff's "Discovery Motion" is not a proper motion to compel discovery because it does not set forth specific discovery requests propounded to defendant with a proof of service attesting to service on defendant, accompanied by defendant's responses and an explanation as to why the challenged response is inadequate.  Rather, plaintiff appears to again seek discovery of video footage from defendant, but he filed the request with the Court instead of serving the discovery request on defendant.  Indeed, plaintiff's motion is not accompanied by a proof of service on counsel for defendant.

As plaintiff was previously advised, court permission is not necessary for discovery requests, and **he should not serve discovery requests on the Court**.  Rather, plaintiff must mail the discovery requests to counsel for defendant, and the request should be accompanied by a proof of service attesting to the date plaintiff mailed the discovery request to counsel for defendant.

Plaintiff's motion is denied.  (ECF No. 23.)  Plaintiff is cautioned that if he continues to

1  file discovery requests with the Court he will be subject to sanctions, including a recommendation
2  that this action be dismissed based on his continued failure to comply with this Court's orders.
3        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 23) is denied
4  without prejudice.  **Plaintiff is cautioned that further filing of discovery motions or requests,**
5  **except as required by rule of court, may result in an order of sanctions, including, but not**
6  **limited to, a recommendation that this action be dismissed**.

8  Dated:  May 27, 2025

                                              CHI SOO KIM
                                              UNITED STATES MAGISTRATE JUDGE

12  1/stok2413.411