UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE STOKES, | No. 2:24-cv-2413 CSK P |
| Plaintiff, | |
| v. | ORDER |
| SGT. COSTELLO, | |
| Defendant. | |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Pending before the Court is defendant's ex parte motion to vacate the current dispositive motion deadline or, in the alternative, to extend the time to file a dispositive motion on the merits. (ECF No. 28.) For the following reasons, defendant's motion to vacate the dispositive motion deadline is granted.

      The dispositive motion deadline is October 10, 2025. (ECF No. 19.) On August 20, 2025, defendant filed a motion for summary judgment on the grounds that plaintiff failed to exhaust administrative remedies. (ECF No. 25.) In the pending motion, defendant requests that the dispositive motion deadline be vacated and, if appropriate, reset following resolution of the pending summary judgment motion. (ECF No. 28.)

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendant's motion to vacate the dispositive motion deadline (ECF No. 28) is granted; and

1

2. The October 10, 2025 dispositive motion deadline is vacated; this deadline will be reset, if appropriate, following resolution of the pending summary judgment motion.

Dated: October 7, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Stok2413.eot/2

2