UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE STOKES, | No. 2:24-cv-2413 CSK P |
| Plaintiff, | |
| v. | ORDER |
| J. COSTELLO, | |
| Defendant. | |

     Plaintiff is a state prisoner proceeding pro se. On August 20, 2025, defendant filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, alleging plaintiff failed to exhaust administrative remedies prior to filing this action. On September 11, 2025, plaintiff was granted an additional thirty days in which to oppose the motion. (ECF No. 27.) Plaintiff did not oppose the motion.

     Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 230(l). On March 21, 2025 (ECF No. 19 at 9) and August 20, 2025 (ECF No. 25-1), plaintiff was advised of the requirements for filing an opposition to a motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion. See Woods v. Carey, 684 F.3d 934 (9th Cir. 2012); Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998) (en banc).

Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days from the date of this order, plaintiff shall file an opposition, if any, to the motion for summary judgment. Failure to file an opposition will be deemed as consent to have the: (a) action dismissed for lack of prosecution; and (b) action dismissed based on plaintiff's failure to comply with these rules and a court order. Said failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: October 20, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/stok2413.nop

2