UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTWONE STOKES,

Plaintiff,

v.

J. COSTELLO,

Defendant.

No. 2:24-cv-2413 DAD CSK P

ORDER

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 18, 2026, the district court adopted this Court's recommendations that this action should be dismissed without prejudice based on plaintiff's failure to exhaust his administrative remedies prior to filing this action. (ECF No. 44.) Defendant's motion for summary judgment was granted, judgment was entered, and this action was terminated. (ECF No. 45.) On September 14, 2026, costs were taxed against plaintiff. (ECF No. 48.) On September 29, 2026, plaintiff objected, claiming this case had settled with no fees or costs to be allocated against him. (ECF No. 49.) On October 6, 2026, defendant responded, stating that this case was not part of the global settlement of plaintiff's six cases accomplished on May 8, 2026. (ECF No. 50.)

///

///

Plaintiff's objections are overruled. Court records confirm that this case was not included in the May 8, 2026 global settlement conference.[1] Stokes v. Cheek, 1:24-cv-0691 FJS (E.D. Cal. May 8, 2026) (ECF No. 65). The May 8, 2026 order specifically identifies the six cases settled on May 8, 2026, and this action, No. 2:24-cv-2413 DAD CSK P, was not included. Id. Thus, the costs taxed against plaintiff on September 29, 2026 (ECF No. 48) were properly imposed.

Plaintiff is advised that this action is now closed, and documents filed by plaintiff since the closing date will be disregarded and no orders will be issued in response to future filings.

Accordingly, IT IS HEREBY ORDERED that plaintiff's objections to the taxed costs (ECF No. 49) are overruled.

Dated: November 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/stoke2413.objs

[1] A court may take judicial notice of court records. See, e.g., Bennett v. Medtronic, Inc., 285 F.3d 801, 803 n.2 (9th Cir. 2002) ("[W]e may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue") (internal quotation omitted).